Lawrence J. Dreyfuss, Bar No. 76277
Bruce W. Dannemeyer, Bar No. 107243
THE DREYFUSS FIRM
A Professional Law Corporation
2 Venture, Suite 450
Irvine, California  92618
Telephone (949) 727-0977; Facsimile (949) 450-0668

Attorneys for Defendant T.D. Service Financial Corporation

UNITED STATES DISTRICT OF COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FITZGERALD, an individual, | Case No.:  3:16-cv-01473-MEJ |
| Plaintiffs, | |
| vs. | STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS FIRST AMENDED COMPLAINT; ORDER |
| BOSCO CREDIT, LLC, a business entity; FRANKLIN CREDIT MANAGEMENT CORP., a business entity; T.D. SERVICE FINANCIAL CORPORATION, business entity; and DOES 1 through 50, inclusive | Current Date:  June 30, 2016 |
| Defendants | Proposed Date: July 14, 2016<br>Time:  10:00 a.m.<br>Ctrm:  B |

The motion by T.D. Service Company to dismiss plaintiff's First Amended Complaint was scheduled for June 16, 2016.  On May 20, 2016 the court continued that hearing to June 30, 2016 so that it would be heard concurrently with the motion to dismiss filed by defendants Franklin Credit management Corp. and Bosco Credit LLC.  However, Lawrence Dreyfuss, counsel for T.D. Service Company has a prepaid vacation scheduled for June 26 through July 10, 2016 so he is unavailable on June 30.  The attorneys in this matter have conferred and have agreed to postpone the hearings, subject to court approval, to July 14, 2016, when all three attorneys are currently available.

It is therefore hereby stipulated by all counsel of record that the hearings on the motions to dismiss plaintiff's First Amended Complaint be continued to July 14, 2016 at 10:00 a.m. in Courtroom B of the United States District Court for the Northern District of California.

DATED: May 25, 2016                    MELLEN LAW FIRM

                                       By:        /s/Jessica Galleta
                                           Jessica Galleta
                                           Attorneys for Plaintiff
                                           Scott Fitzgerald

DATED: May 25, 2016                    THE WOLF FIRM

                                       By:        /s/Abe G. Salen
                                           Abe G. Salen
                                           Attorneys for Defendants
                                           Frankline Credit Management Corp. and
                                           Bosco Credit, LLC

DATED: May 25, 2016                    THE DREYFUSS FIRM
                                       A Professional Law Corporation

                                       By:        /s/Lawrence J. Dreyfuss
                                           Lawrence J. Dreyfuss
                                           Attorneys for Defendant
                                           T.D. Service Company

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the hearings on the motions by T.D. Service Company and by Franklin Credit Management Corp. and Bosco Credit, LLC to dismiss plaintiff's First Amended Complaint are hereby continued to July 14, 2016 at 10:00 a.m. in Courtroom B of the United States District Court for the Northern District of California. Briefing deadlines are again unaffected.

Dated:   May 25, 2016                  _____
                                       MARIA-ELENA JAMES
                                       UNITED STATES MAGISTRATE JUDGE

PROOF OF SERVICE
(CCP Section 1013a(3))

I am over the age of 18, and I am not a party to the within action. I am employed by THE DREYFUSS FIRM. PLC, in the County of Orange, at 2 Venture, Suite 450, Irvine, CA 92618.

On May 25, 2016, I served the attached: **STIPULATION TO CONTINUE HEARINGS ON MOTIONS TO DISMISS FIRST AMENDED COMPLAINT; ORDER THEREON** on the interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

| | |
|---|---|
| **Jessica Galleta** | **Attorneys for Plaintiff** |
| **Mellen Law Firm** | |
| **411 Borel Avenue, Suite 230** | |
| **San Mateo, CA 94402** | |
| **Tel: (650) 638-0120** | |
| | |
| **Abe G. Salen** | **Attorneys for Defendant Franklin Credit** |
| **The Wolf Firm** | **Management Corp. and Bosco Credit, LLC** |
| **2955 Main Street, Second Floor** | |
| **Irvine, CA 92614** | |
| **Tel: (949) 720-9200** | |

[ ]     **(By Mail)**     I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of THE DREYFUSS FIRM, PLC at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of THE DREYFUSS FIRM, PLC for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ]     (CM/ECF System)     Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF Systems, which sent notification of that filing to the person(s) listed above.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the above is true and correct.

Executed on May 25, 2016, at Irvine, California.

/s/*Laura Clawson*
Laura Clawson

1040-3064