Lawrence J. Dreyfuss, Bar No. 76277
Bruce W. Dannemeyer, Bar No. 107243
THE DREYFUSS FIRM
A Professional Law Corporation
2 Venture, Suite 450
Irvine, California  92618
Telephone (949) 727-0977; Facsimile (949) 450-0668

Attorneys for Defendant T.D. Service Financial Corporation

UNITED STATES DISTRICT OF COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FITZGERALD, an individual, | Case No.: 3:16-cv-01473-MEJ |
| Plaintiffs, | |
| vs. | REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANT T.D. SERVICE FINANCIAL CORPORATION'S MOTION TO DISMISS COMPLAINT |
| BOSCO CREDIT, LLC, a business entity; FRANKLIN CREDIT MANAGEMENT CORP., a business entity; T.D. SERVICE FINANCIAL CORPORATION, business entity; and DOES 1 through 50, inclusive | |
| | Date:   July 14, 2016 |
| | Time:   10:00 a.m. |
| | Ctrm:   B |
| Defendants | |

1  TO THE HONORABLE MARIA-ELENA JAMES:

2  Counsel for Defendant T.D. Service Financial Corporation, whose office is in Irvine,

3  California, hereby requests to appear telephonically at the hearing on defendant's Motion to

4  Dismiss scheduled to take place on July 14, 2016, at 10:00 a.m., in Courtroom B of the United

5  States District Court, Northern District, located at 450 Golden Gate Avenue, San Francisco,

6  California.

7

8  DATED:  June 20, 2016              THE DREYFUSS FIRM
                                      A Professional Law Corporation
9

10
                                      By:       /s/Lawrence J. Dreyfuss
11                                              Lawrence J. Dreyfuss
                                                Attorneys for Defendant
12                                              T.D. Service Financial Corporation

13

14  1040-3064

15
    
16

17

18

19

20

21

22   Counsel's request is GRANTED.

23   Counsel shall make himself available beginning at 10:00 a.m., the Court
     will call in the order of the calendar. Counsel may not be called
24   precisely at 10:00 a.m., but is not excused until the Court excuses him.

25   Counsel shall provide the Court with a direct dial number by notifying
     the Courtroom Deputy, Rose Maher, at 415-522-4708, 24 hours prior to the Motion hearing
26   on July 14, 2016 at 10:00 a.m.

27   IT IS SO ORDERED.
     Dated: 6/21/2016
28

PROOF OF SERVICE (By Mail)
(CCP Section 1013a(3))

I am over the age of 18, and I am not a party to the within action. I am employed by THE DREYFUSS FIRM. PLC, in the County of Orange, at 2 Venture, Suite 450, Irvine, CA 92618.

On June 20, 2016, I served the attached: **REQUEST TO APPEAR TELEPHONICALLY AT DEFENDANT T.D. SERVICE FINANCIAL CORPORATION'S MOTION TO DISMISS COMPLAINT** on the interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

**Matthew Mellen**                                **Attorneys for Plaintiff**
**Mellen Law Firm**
**411 Borel Avenue, Suite 230**
**San Mateo, CA 94402**
**Tel:  (650) 638-0120**

**Abe G. Salen**                                  **Attorneys for Defendant Franklin Credit**
**The Wolf Firm**                                 **Management Corp. and Bosco Credit, LLC**
**2955 Main Street, Second Floor**
**Irvine, CA 92614**
**Tel:  (949) 720-9200**

[  ]   **(By Mail)**   I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of THE DREYFUSS FIRM, PLC at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of THE DREYFUSS FIRM, PLC for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ]   (CM/ECF System)   Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF Systems, which sent notification of that filing to the person(s) listed above.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the above is true and correct.

Executed on June 20, 2016, at Irvine, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/*Laura Clawson*
　　　　　　　　　　　　　　　　　　　　　　　　Laura Clawson