UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT FITZGERALD,

          Plaintiff,

    v.

BOSCO CREDIT, LLC, et al.,

          Defendants.

Case No. 16-cv-01473-MEJ

**ORDER VACATING HEARING**

Re: Dkt. Nos. 20, 22

This matter is currently scheduled for a hearing on July 14, 2016 regarding Defendants' Motions to Dismiss.  Dkt. Nos. 20, 22.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument and hereby **VACATES** the July 14, 2016 hearing.  The matters are deemed under submission.

     **IT IS SO ORDERED.**

Dated: July 8, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge