UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FITZGERALD,<br>　　　　Plaintiff,<br>　　v.<br>BOSCO CREDIT, LLC, et al.,<br>　　　　Defendants. | Case No. 16-cv-01473-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On September 13, 2017, the Court denied Plaintiff Scott Fitzgerald's request to file his third amended complaint ("TAC") by October 20, 2017 and ordered him to file it no later than September 20, 2017 – essentially giving Plaintiff a 9-day extension of the deadline to do so. Order, Dkt. No. 67. As of the date of this Order, Plaintiff has not filed his TAC. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed or why he should not otherwise be sanctioned for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 28, 2017. If a responsive declaration is not filed, the Court shall dismiss the action for failure to comply with court deadlines.

**IT IS SO ORDERED.**

Dated: September 21, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge