Matthew Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:    (415) 315-1653
Facsimile:    (415) 276-1902

Attorney for Plaintiff,
SCOTT FITZGERALD

DATED: 9/26/2017

*IT IS SO ORDERED — Judge Maria-Elena James*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FITZGERALD, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BOSCO CREDIT, LLC, a business entity; FRANKLIN CREDIT MANAGEMENT CORP., a business entity; T.D. SERVICE FINANCIAL CORPORATION, a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-01473-MEJ<br><br>[Assigned to Hon. Maria-Elena James]<br><br>**DIMISSAL OF ACTION, WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, Scott Fitzgerald ("Plaintiff") hereby dismisses Northern District Case number 3:16-cv-01473-MEJ pursuant to Fed. Rule Civ. Proc. 41(a). No Answer or Motion for Summary Judgment has been filed in this action. Therefore, dismissal pursuant to Fed. Rule Civ. Proc. 41is appropriate.  This dismissal is made without prejudice.

Respectfully submitted,

Date: September 26, 2017    MELLEN LAW FIRM


*/s/ Jessica Galletta*
Jessica Galletta, Esq.
Attorney for Plaintiff
SCOTT FITZGERALD